FILED '08 MAY 01 13:09 USDC-( P

Kathryn Tassinari, OSB # 80115
Drew L. Johnson, P.C.
kathrynt50@comcast.net
rwood@callatg.com
1700 Valley River Drive, First Floor
Eugene, OR 97401
(541) 434-6466
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NANCY A. COLAGIOVANNI, ) | |
| ) | Case No. 06-6108-AC |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and this action is remanded for further administrative proceedings, subject to the conditions agreed to by the parties in the stipulation to remand.

DATED this 30th day of April, 2008.

_____
United States Magistrate Judge

Presented by:
_s/Kathryn Tassinari_
Kathryn Tassinari
Of Attorneys for Plaintiff

JUDGMENT (06-06108-AS) PAGE 1