FILED'08 MAY 19 11:36 USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NANCY A. COLAGIOVANNI,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>    Defendant. | Civil No. 06-6108-AC<br>9th Circuit CA No. 07-35789<br><br>**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Motion for Attorney Fees herein, Order is hereby granted in the sum of $14,242.02 plus $210.80 costs as full settlement of all claims under EAJA, which Commissioner shall pay to Plaintiff's attorney.

IT IS SO ORDERED this day of May  19 , 2008.

_____
U.S. District Judge

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA